908

No. 92–8216. CRAWFORD v. UNITED STATES; and

No. 92–8221. MASON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8233. KONIOR v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–8261. NEWTOP v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 92–8270. BAGGETT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8273. TANTALO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–8292. PHILLIPS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 92–8310. COBBS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8326. BOYD v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 92–8415. TUAN ANH NGUYEN v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 92–8420. JOHNSON v. INTERNATIONAL BUSINESS MACHINES CORP. C. A. 4th Cir. Certiorari denied.

No. 92–8431. GWYNN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–8436. ERWIN v. CITY OF ANGELS CAMP ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–8449. BORDERS v. MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 92–8450. FUQUA v. BENOIT ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 92–8451. HARRIS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.